# United States District Court

SOUTHERN _____ TEXAS

United States District Court
Southern District of Texas
FEB 13 2015
Clerk of Court

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Jose Manuel SANCHEZ-Moran**
A72 912 672     AKA: Manuel MORAN-Sanchez
YOB: 1973             Jaime MARQUEZ-Lopez
COC: Guatemala

Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: M-15- 216 -M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Hidalgo Port of Entry by presenting a Spanish passport bearing his name and photo. He was referred into secondary for further inspection. Upon filling out a form I-94W, subject admitted to never been deported/removed from the United States, nor ever been convicted of any crimes. Database queries revealed the defendant was last deported/removed to Mexico on 11/21/2008 through Nogales, AZ. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Guatemala, and has no legal status in the United States. On or about 08/24/2007, the defendant was convicted of Burglary and sentenced to 16 months confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,
Approved -Joyal Leonard
**Approved By: T. Trevino**

Signature of Complainant
**Juan R. Ciénega**
Printed Name of Complainant

**February 13, 2015** at **McAllen, Texas**
Date                                    City and State
**Dorina Ramos**
**U.S. Magistrate Judge**                Dorina Ramos
Name and Title of Judicial Officer       Signature of Judicial Officer